```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NATASHA WRIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner Of Social Security, ) <br> ) <br> Defendant. ) | No.  CV 12-08952 OP <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATE:  06/21/2013        _____

                        HON. OSWALD PARADA
                        UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-